# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSE MANRRIQUE MARTINEZ MARTINEZ,

          Petitioners,

    v.

WARDEN, et al.,

          Respondents.

Case No. 1:26-cv-00807-JLT-EPG-HC

ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO THE PETITION

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 3, 2026, the Court ordered Respondents to file a response to the petition within thirty days (i.e., March 5, 2026). (ECF No. 7.) To date, no response has been filed.

The Court will grant a single *sua sponte* extension. Respondents are DIRECTED to file a response to the petition on or before March 13, 2026.

IT IS SO ORDERED.

Dated:   **March 6, 2026**

/s/ _Eric P. Grosj___

UNITED STATES MAGISTRATE JUDGE