# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANRRIQUE MARTINEZ MARTINEZ, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, et al., <br><br> Respondents. | Case No. 1:26-cv-00807-JLT-EPG-HC <br><br> ORDER DIRECTING RESPONDENTS TO INFORM COURT REGARDING PETITIONER'S CURRENT CUSTODY STATUS <br><br> ORDER DIRECTING RESPONDENTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FOLLOW COURT ORDERS |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 18, 2026, the Court ordered Respondents to "inform the Court of Petitioner's current custody status and file any supporting documentation" within seven days. (ECF No. 12.) To date, more than a week after the deadline, no response to the Court's order has been filed.

Accordingly, the Court HEREBY ORDERS that:

1. Within seven (7) days of the date of service of this order, Respondents SHALL inform the Court of Petitioner's current custody status and file any supporting documentation; and

///

///

1

2.  Within seven (7) days of the date of service of this order, Respondents SHALL SHOW CAUSE why sanctions should not be imposed for failure to follow the Court's March 18, 2026 order.

IT IS SO ORDERED.

Dated:   **April 3, 2026**                    /s/ _Erica P. Grosjean_
                                        UNITED STATES MAGISTRATE JUDGE

2